# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 6, 2025

### NO. 03-23-00329-CR

**The State of Texas, Appellant**

**v.**

**Kendell William Gant, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY**
**VACATED AND REMANDED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order granting a motion for new trial entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court vacates the order granting the motion for new trial and remands the cause to the trial court to enter a judgment of conviction in accordance with the jury's verdict. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.